IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA NOTT,<br><br>            Plaintiff,<br><br>     v.<br><br>THE READING HOSPITAL & MEDICAL CENTER,<br><br>            Defendant. | CIVIL ACTION<br><br>NO: 5:11-CV-02265<br><br><br>HON. R. BARCLAY SURRICK |

### ENTRY OF APPEARANCE

Kindly enter my appearance in this matter on behalf of The Reading Hospital & Medical Center

Respectfully submitted,

**POST & SCHELL, P.C.**
*/s/ VC2851*
VINCENT CANDIELLO
Attorney I.D. 49616
17 North 2nd Street, 12th Floor
Harrisburg, PA  17101-1601
Telephone: (717) 731-1970
Facsimile: (717) 731.1985
vcandiello@postschell.com

Attorneys for The Reading Hospital and Medical Center

Dated: April 19 2011

7324164v1

**CERTIFICATE OF SERVICE**

I hereby certify that the attached document has been served this **19th day of April 2011**, via electronic service upon the following:

John S. Harrison, Esquire
Broughal & DeVito, L.L.P.
John-harrison@rcn.com

*Attorney for Plaintiff*

By:   /s/ VC2851
     Vincent Candiello, Esquire