IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA NOTT : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 11-2265 |
| THE READING HOSPITAL AND : | |
| MEDICAL CENTER : | |

## ORDER

**AND NOW**, this  14th  day of  March , 2012, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 11), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** that Defendant's Motion is **GRANTED** and judgment is entered in favor of Defendant The Reading Hospital and Medical Center and against Plaintiff Linda Nott.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**